IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>                    Plaintiff,<br><br>     vs.<br><br>H. BERMAN, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV-F-06-0772 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RETURN OF ORIGINAL EXHIBITS<br>Doc. No. 8 |

Plaintiff is a state prisoner and was proceeding pro se and in forma pauperis in the instant civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2006, plaintiff filed a motion requesting that the Clerk be ordered to return the original exhibits attached to the complaint. Plaintiff's motion is denied. Pursuant to Local Rule, the exhibits shall remain in the custody of the Clerk. *See* Local Rule 39-138.

Plaintiff is informed that, pursuant to policies established by the Clerk of Court, if he wishes the court to return a copy of documents he submits for filing, he must include an additional copy for that purpose (i.e., submit an original and two copies, one for the court's use and one to be returned) AND a pre-addressed postage paid envelope. The court cannot provide copy or mailing service for a party, even for an indigent plaintiff proceeding in forma pauperis. Copies of documents from the court file may be obtained at the cost of fifty cents per page. To avoid incurring the cost of postage, plaintiff is advised

1 to keep his own copy of all documents he submits to the court for filing.

2     IT IS SO ORDERED.

3     **Dated:**   **March 20, 2007**                   **/s/ Dennis L. Beck**
  3c0hj8                                       UNITED STATES MAGISTRATE JUDGE