UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT HACKWORTH, | ) | CV F- 06-0772 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| H. GERMAN, et. al., | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on June 19, 2006. The complaint appears to a cognizable claims for relief for excessive force in violation of the Eighth Amendment against defendants German and Weiglein; and for violation of due process against defendants Martinez and Vella. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants German, Weiglein, Martinez and Vella.

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 19, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

1  attached Notice of Submission of Documents and submit the completed Notice to the
2  Court with the following documents:
3     a.     Completed summons;
4     b.     One completed USM-285 form for each defendant listed above; and
5     c.     Five (5) copies of the endorsed complaint filed June 19, 2006.
6     4.     Plaintiff need not attempt service on Defendants and need not request waiver of
7  service.  Upon receipt of the above-described documents, the court will direct the
8  United States Marshal to serve the above-named Defendants pursuant to Federal Rule
9  of Civil Procedure 4 without payment of costs.
10     5.     <u>The failure to comply with this Order will result in a Recommendation that this action
11  be dismissed.</u>
12  IT IS SO ORDERED.
13  **Dated:**  **March 20, 2007**                    **/s/ Dennis L. Beck**
3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE