IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | 1:06-cv-00772 AWI DLB (PC) |
| Plaintiff, | ORDER DISREGARDING MOTIONS FOR MARSHAL SERVICE AS MOOT |
| vs. | |
| H. GERMAN, et al., | (DOCUMENT #21, 22) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On August 6, 2007 and August 8, 2007, plaintiff filed motions requesting the marshal effect service on defendants Weiglein and German.  Due to the fact that defendants German and Weiglein filed an answer to the complaint on August 20, 2007, IT IS HEREBY ORDERED THAT plaintiff's motions are DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **August 27, 2007**        **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE