EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Martinez, Vella, German
and Weiglein

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **ROBERT HACKWORTH,** | 1:06-cv-0772-AWI-DLB |
| Plaintiff, | **ORDER** |
| v. | |
| **H. GERMAN, et al.**, | |
| Defendants. | |

The court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's interrogatories. Accordingly, Defendants are granted a period of thirty days, to and including March 5, 2008, to file and serve a response.

IT IS SO ORDERED.

Dated:   **February 7, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE