IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>                            Plaintiff,<br><br>            v.<br><br>H. GERMAN, et al.,<br><br>                            Defendants. | 1:06-cv-00772-AWI-DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #39) |

The court has considered Defendants' request, and good cause appearing,

**IT IS ORDERED THAT** Defendants' request for an extension of time to file a motion for summary judgment is granted.  Accordingly, Defendants are granted a period of 45 days, to and including August 7, 2008, to file and serve a motion for summary judgment.

IT IS SO ORDERED.

Dated:   **June 24, 2008**                    /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

1