1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | 1:06-cv-00772 AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE |
| vs. | (DOCUMENT #33) |
| H. GERMAN, et al., | FORTY-FIVE DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2008, plaintiff filed a motion to extend the discovery deadline. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff's motion to extend the discovery deadline is granted. The discovery phase of this litigation shall close forty-five (45) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 15, 2008**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE