IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>H. GERMAN, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-00772 AWI DLB (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #45)<br><br>THIRTY DAY DEADLINE |

　　　On August 4, 2008, Defendants filed a motion to extend time to file a motion for summary judgment. The Court has considered Defendants' request, and good cause appearing, IT IS HEREBY ORDERED that:

　　　Defendants' request for an extension of time to file a motion for summary judgment is granted. Accordingly, Defendants are granted a period of 30 days, to and including September 5, 2008, to file and serve a motion for summary judgment.

　　　IT IS SO ORDERED.

　　　Dated:　**August 21, 2008**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE