**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HACKWORTH, | CASE NO. 1:06-CV-0772 AWI DLB PC |
| Plaintiff, | ORDER RE COURT DOCUMENT #44 |
| vs. | |
| H. BERMAN, et al., | (Doc. 44) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in the instant civil rights action pursuant to 42 U.S.C. § 1983. On July 8, 2008, plaintiff filed a document entitled, "Plaintiff Appeal Motion to U.S. Magistrate Judge Order of June 24, 2008, Dennis L. Beck to U.S. District Court Judge Anthony W. Ishii". (Doc. 44). In his motion, plaintiff states that the Magistrate Judge granted defendants' motion to extend time to file a motion for summary judgment filed on June 20, 2008, while his own motion to extend the discovery deadline, filed on March 25, 2008, remained pending. (Docs. 39, 33). Plaintiff requests that the court overrule the order granting defendants' extension of time, or order defendants to turn over "addmission [sic] and production of documents to plaintiff in this matter as well as the copy of the deposition that I had April 21, 2008".

1  A review of this file indicates that plaintiff's motion to extend the discovery deadline was
2  granted July 15, 2008. (Doc. 43). Accordingly, plaintiff's motion to appeal is DENIED as addressed
3  and resolved.

5  IT IS SO ORDERED.

6  **Dated:   September 17, 2008**              /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE