IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | 1:06-cv-00772 AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| H. GERMAN, et al. | (DOCUMENT #51) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On September 17, 2008,  plaintiff filed a motion to extend time to file his response to the Motion for Summary Judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his response .

IT IS SO ORDERED.

Dated:    **September 23, 2008**              **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE