IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>        Plaintiff,<br><br>    vs.<br>H. BERMAN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-CV-0772 AWI DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND<br><br>(Doc. 50)<br><br>FIFTEEN DAY DEADLINE |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in the instant civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2008, plaintiff filed a motion to compel. (Doc. 50).

    Defendants are HEREBY ORDERED to file a response within fifteen (15) days of service of this order.

    IT IS SO ORDERED.

Dated:  September 23, 2008                    /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE