# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. GERMAN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-00772 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER REQUIRING DEFENDANTS TO TAKE A DEPOSITION<br><br>(Doc. 37). |

Plaintiff Robert Hackworth ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2008, plaintiff filed a motion requesting that the court order defendants to take a deposition, and that a certified shorthand reporter be provided at government expense. (Doc. 37). Defendants did not file a response.

The court cannot appoint an officer to take defendants' depositions at taxpayer expense. Although plaintiff is proceeding in forma pauperis, in forma pauperis status does not provide for the relief plaintiff seeks. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). There is no entitlement to discovery via deposition. If plaintiff wishes to depose defendants, he must bear the costs. Accordingly, plaintiff's motion is denied.

IT IS SO ORDERED.

　　Dated:　　October 3, 2008　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE