IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **ROBERT HACKWORTH,**<br><br>                                                   Plaintiff,<br><br>         v.<br><br>**H. GERMAN, et al.,**<br><br>                                                   Defendants. | CASE:1:06-cv-0772-AWI-DLB PC<br><br>**ORDER** |

The court has considered Defendants' request, and good cause appearing,

**IT IS ORDERED THAT** Defendants' request for an extension of time to file a reply brief is granted.  Accordingly, Defendants are granted a period of two weeks, to and including November 17, 2008, to file and serve a reply brief.

   IT IS SO ORDERED.

  Dated:   **November 5, 2008**                    **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE

1