IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | 1:06-cv-00772 AWI DLB PC |
| Plaintiff, | |
| vs. | ORDER DISREGARDING AS MOOT MOTION FOR EXPEDITED HEARING (Doc. 64) |
| H. GERMAN, et al., | |
| Defendants. | |

On March 23, 2009, Plaintiff Robert Hackworth ("Plaintiff") filed a motion for an expedited hearing on defendants' motion for summary judgment. (Doc. 64.)

Plaintiff's motion is rendered moot by the Court's order issued August 7, 2009, granting in part and denying in part defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   **November 16, 2009**          /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE