**FILED**

SEP 0 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT HACKWORTH,** | Case No. 1:06-CV-772 LJO DLB P |
| Plaintiff, | ORDER THAT PETITIONER IS NO LONGER NEEDED IN THIS PROCEEDING, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| **H. GERMAN and B. WEIGLEIN,** | |
| Defendants. | |

Jury Trial held in this matter on September 1, 2010.

Accordingly, Plaintiff Robert Hackworth C-96290 is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison.

DATED: September 1, 2010

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1