*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ROBERT HACKWORTH

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-06-00772 LJO DLB P

H. GERMAN and D. WEIGLEIN,

       Defendants.
_____/

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on September 1, 2010.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants H. German and D. Weiglein and against plaintiff ROBERT HACKWORTH, pursuant to and consistent with the jury verdict.

    Because it appears as though no formal Judgment was entered, this Judgment is to have Nunc Pro Tunc effect as of September 1, 2010.

IT IS SO ORDERED.

**Dated:   February 1, 2012**                /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE